IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **WILLIAM AND SILVIA AVERY,**<br><br>Plaintiffs,<br><br>v.<br><br>**LAW OFFICE OF CURTIS O. BARNES, PC,**<br><br>Defendant. | Case No. 13-CV-2492-RDR/KGS |

### STIPULATED NOTICE OF SETTLEMENT

COMES NOW Defendant Law Office of Curtis O. Barnes, PC, ("LOCOB"), and Plaintiffs, William and Silvia Avery, and hereby provides the following Stipulated Notice of Settlement. Plaintiffs and Defendant have reached a settlement of all claims in this action.

The parties are in the process of exchanging a written settlement agreement and appropriate dismissal papers to be filed in this action. Until the time that such dismissals can be filed, the parties request a stay of all upcoming deadlines and hearings.

Dated: November 21, 2013

                                                                                                              Respectfully submitted,

                                                                                                              By: <u>s/ Michelle A. Fox</u>
                                                                                                              Michelle A. Fox          MO #41735
                                                                                                              1010 Grand Blvd., Suite 500
                                                                                                              Kansas City, MO 64106
                                                                                                              Telephone: (816) 960-0090
                                                                                                              Facsimile: (816-960-0041
                                                                                                              Email: <u>michelle.fox@kutakrock.com</u>
                                                                                                              **ATTORNEY FOR DEFENDANT**

AGREED:
By: <u>s/ Andrew M. DeMarea</u>
Andrew M. DeMarea
Kenner Nygaard, DeMarea, Kendall LLC
117 W. 20th Street, Suite 201
Kansas City, MO 64108
andy@kndklaw.com
**ATTORNEY FOR PLAINTIFFS**

4827-9892-8919.1

2

<u>Certificate of Service</u>

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 21st day of November, 2013 to:

Andrew M. DeMarea
Kenner Nygaard, DeMarea, Kendall LLC
117 W. 20th Street, Suite 201
Kansas City, MO 64108
andy@kndklaw.com
**ATTORNEY FOR PLAINTIFFS**

      By: <u>s/ Michelle A. Fox</u>
      Michelle A. Fox
      **ATTORNEY FOR DEFENDANT**

2

4827-9892-8919.1