IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **WILLIAM AND SILVIA AVERY,**<br><br>  Plaintiffs,<br><br>v.<br><br>**LAW OFFICE OF CURTIS O. BARNES, PC,**<br><br>  Defendant. | Case No. 13-CV-2492-RDR/KGS |

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs William and Silvia Avery and Defendant Law Office of Curtis O. Barnes, PC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorney's fees.

Dated:  January 27, 2014

Respectfully submitted,

By: s/ Michelle A. Fox
Michelle A. Fox            KS #17242
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
Telephone: (816) 960-0090
Facsimile: (816-960-0041
Email:  michelle.fox@kutakrock.com
**ATTORNEY FOR DEFENDANT**

AGREED:
By: s/ Andrew M. DeMarea
Andrew M. DeMarea         KS #16141
Kenner Nygaard DeMarea Kendall LLC
117 W. 20th Street, Suite 201
Kansas City, MO 64108
andy@kndklaw.com
**ATTORNEY FOR PLAINTIFFS**

4830-0249-5256.1

## Certificate of Service

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 27th day of January, 2014 to:

Andrew M. DeMarea  
Kenner Nygaard DeMarea Kendall LLC  
117 W. 20th Street, Suite 201  
Kansas City, MO 64108  
andy@kndklaw.com  
ATTORNEY FOR PLAINTIFFS

                                        By: s/ Michelle A. Fox  
                                        Michelle A. Fox  
                                        **ATTORNEY FOR DEFENDANT**

4830-0249-5256.1